TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Road #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 069897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Thomas Reardon Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Thomas Reardon Jr.,

Plaintiff,

vs.

Mcneil & Meyers Asset Management Group, LLC,

Defendant.

Case No.: 2:18-cv-03028-DLR

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

By: */s/ Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Lemberg, LLC
Attorney for Plaintiff, Thomas Reardon Jr.

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On February 8, 2019 I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby certify that on February 8, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendant Mcneil & Meyers Asset Management Group, LLC**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 8, 2019.

By: */s/ Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Thomas Reardon Jr.