**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Thomas Reardon, Jr, | No. CV-18-03028-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Mcneil & Meyers Asset Management Group LLC, | |
| Defendant. | |

    The Court has reviewed Plaintiff's Notice of Dismissal. (Doc. 21.) For good cause shown,

    **IT IS ORDERED** dismissing this case in its entirety with prejudice.

    Dated this 5th day of April, 2019.

Douglas L. Rayes
United States District Judge